entered upon a jury verdict convicting him of first-degree murder, in violation of section 565.020 RSMo 2000,[1] and armed criminal action, in violation of section 517.015. Appellant was sentenced to concurrent terms of life imprisonment without parole and twenty-five years, respectively. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 30.25(b).

Jeremiah W. (Jay) Nixon, Atty. Gen., Richard A. Starnes, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Jonathan Vance appeals the judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

**Jonathan VANCE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 89078.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 29, 2008.

Lisa M. Stroup, St. Louis, MO, for Appellant.

**Randall HUMPHREY,
Claimant/Appellant,**

v.

**VERSLUES CONSTRUCTION,
Employer/Respondent,**

and

**One Beacon Insurance Group,
Insurer/Respondent.**

**No. ED 89861.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 29, 2008.

1. All further statutory references are to RSMo 2000, unless otherwise indicated.